AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

METROPOLITAN LIFE INSURANCE COMPANY,

        Plaintiff,

v.

DIANN BADALI and RENATA ANN BADALI aka RENATA ANN DEVERAUX,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:22-cv-158-TC-JCB

IT IS ORDERED AND ADJUDGED that:

Judgment is entered in favor of Defendant Renata Badali, the proper payee of the life insurance benefits at issue ($200,000). Based on the representation from counsel that Renata Badali is in receipt of the ordered funds, this case is dismissed with prejudice.

April 9, 2024
*Date*

BY THE COURT:

*/s/ Tena Campbell*
U.S. District Judge Tena Campbell